IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

MAY 2 8 2008

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| JANICE LONG; GEORGE and EMMA ABBO; and JOHN and TAMMY BISHOP;  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AMERIQUEST MORTGAGE COMPANY, INC.; AMC MORTGAGE SERVICES, INC.; ACC CAPITAL HOLDINGS CORPORATION; CITI RESIDENTIAL LENDING, INC.; and GMAC MORTGAGE, LLC,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | CASE NUMBER:<br><br>1:08-CV-1864 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for  John Bishop  certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

This party is an individual and is not aware of any reportable relationships.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

This party is an individual and is not aware of any reportable relationships.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Submitted this _28th_ day of _May_, 2008.

_____
RUSSELL T. ABNEY (GA BAR # 000875)
Attorney for Plaintiffs

*OF COUNSEL:*
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the ____28th____ day of ___May___, 2008.

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL AS FOLLOWS:**

Ameriquest Mortgage Company
National Registered Agents, Inc.
3761 Venture Drive
Duluth, GA 300096

AMC Mortgage Services, Inc.
National Registered Agents, Inc.
3761 Venture Drive; STE 260
Duluth, GA 300096

ACC Capital Holdings Corporation
National Registered Agents, Inc.
3761 Venture Drive
Duluth, GA 300096

Citi Residential Lending, Inc.
Corporation Service Company
40 Technology Parkway South
Suite #300
Norcross, GA 30092

GMAC Mortgage Corporation
Corporation Service Company
40 Technology Parkway South
Suite #300
Norcross, GA 30092

_____
OF COUNSEL