IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| JANICE LONG; GEORGE and EMMA ABBO; and JOHN and TAMMY BISHOP; <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, INC. et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NUMBER: 1:08-CV-1864 <br> ) <br> ) <br> ) <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

TO:  Russell T. Abney

I acknowledge receipt of your request that I waive service of a summons in the action of Janice Long et al., v. Ameriquest Mortgage Company et al., which is case number 1:08-CV-1864, in the United States District Court for the Northern District of Georgia.  I have also received a copy of the complaint in the action, two copies of this waiver form, and a prepaid means of returning one signed copy of the waiver form to you.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections base on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 2, 2008, or within 90 days after that date if the request was sent outside the United States.

Jun 23, 2008
DATE

*[signature]*
SIGNATURE
John O'Shea Sullivan
NAME PRINTED/TYPED
Attorney for:
Citi Residential Lending, Inc.
Corporation Service Company
40 Technology Parkway South; Suite #300
Norcross, GA 30092

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form, serve on the plaintiff's attorney or the unrepresented plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was resolved.