

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
312-435-5698

July 29, 2008

Clerk of the Court

2211 Richard B. Russell Federal
Bldg and United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Dear Clerk:

**Re: MDL 1715 CTO 46 - Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

    Your case number: 1:08 - 1864   Janice Long, et al., v. Ameriquest Mortgage Co.
    Our case number:   **08 cv 4290 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

                      Sincerely,

                      Michael W. Dobbins
                      Clerk

        by:    Dorothy Keller-Flowers
                Supervisor in Operations