# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:08–cv–01864–CC–JFK

Long et al v. Ameriquest Mortgage Company, Inc. et al  
Assigned to: Judge Clarence Cooper  
Referred to: Magistrate Judge Janet F. King  
Cause: 15:1601 Truth in Lending

Date Filed: 05/28/2008  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question

**Plaintiff**

**Janice Long**     represented by    **Russell T. Abney**  
Beasley Allen Crow Methvin Portis &Miles  
610 River Valley Road, N.W.  
Atlanta, GA 30328  
404–389–0798  
Email: russ.abney@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William H. Robertson, V**  
Beasley Allen Crow Methvin Portis &Miles  
P.O. Box 4160  
272 Commerce Street  
Montgomery, AL 36103–4160  
334–495–1632  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Abbo**     represented by    **Russell T. Abney**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William H. Robertson, V**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Abbo**     represented by    **Russell T. Abney**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William H. Robertson, V**  
(See above for address)  
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Bishop** represented by **Russell T. Abney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bishop** represented by **Russell T. Abney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company, Inc.**

**Defendant**

**AMC Mortgage Services, Inc.**

**Defendant**

**ACC Capital Holdings Corporation**

**Defendant**

**Citi Residential Lending, Inc.**

**Defendant**

**GMAC Mortgage, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2008 | Ï 1 | COMPLAINT with Jury Demand filed by John Bishop, Janice Long, George Abbo, Emma Abbo and Tammy Bishop. Consent form to proceed before U.S. Magistrate and pretrial instructions |

| | | |
|---|---|---|
| | | provided. ( Filing fee $ 350.00 receipt number 577906.) (Attachments: # 1 Civil Cover Sheet)(epm) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 05/29/2008) |
| 05/28/2008 | Ï 2 | APPLICATION for Admission of William H. Robertson, V, Pro Hac Viceby John Bishop, Janice Long, George Abbo, Emma Abbo and Tammy Bishop.Filing Fee received $150.00, Receipt #577907. (Attachments: # 1 Text of Proposed Order)(epm) (Entered: 05/29/2008) |
| 05/28/2008 | Ï 3 | Certificate of Interested Persons by Janice Long. (epm) (Entered: 05/29/2008) |
| 05/28/2008 | Ï 4 | Certificate of Interested Persons by Emma Abbo. (epm) (Entered: 05/29/2008) |
| 05/28/2008 | Ï 5 | Certificate of Interested Persons by George Abbo. (epm) (Entered: 05/29/2008) |
| 05/28/2008 | Ï 6 | Certificate of Interested Persons by John Bishop. (epm) (Entered: 05/29/2008) |
| 05/28/2008 | Ï 7 | Certificate of Interested Persons by Tammy Bishop. (epm) (Entered: 05/29/2008) |
| 05/30/2008 | Ï | Clerks Notation re 7 Certificate of Interested Persons, 3 Certificate of Interested Persons, 6 Certificate of Interested Persons, 4 Certificate of Interested Persons, 5 Certificate of Interested Persons READ and APPROVED by Magistrate Judge Janet F. King. (lwc) (Entered: 05/30/2008) |
| 06/04/2008 | Ï | APPROVAL by Clerks Office re: 2 APPLICATION for Admission of William H. Robertson, V Pro Hac Vice. Attorney William H. Robertson, V for John Bishop, Janice Long, George Abbo, Emma Abbo and Tammy Bishop added. (cdg) (Entered: 06/04/2008) |
| 06/10/2008 | Ï 8 | ORDER granting 2 Application of William H. Robertson, V for Admission Pro Hac Vice. Signed by Judge Clarence Cooper on 6/10/08. (vs) (Entered: 06/11/2008) |
| 06/27/2008 | Ï 9 | WAIVER OF SERVICE Returned Executed by Janice Long. AMC Mortgage Services, Inc. waiver mailed on 6/2/2008, answer due 8/1/2008. (vs) (Entered: 06/30/2008) |
| 06/27/2008 | Ï 10 | WAIVER OF SERVICE Returned Executed by Janice Long. ACC Capital Holdings Corporation waiver mailed on 6/2/2008, answer due 8/1/2008. (vs) (Entered: 06/30/2008) |
| 06/27/2008 | Ï 11 | WAIVER OF SERVICE Returned Executed by Janice Long. Citi Residential Lending, Inc. waiver mailed on 6/2/2008, answer due 8/1/2008. (vs) (Entered: 06/30/2008) |
| 06/27/2008 | Ï 12 | WAIVER OF SERVICE Returned Executed by Janice Long. Ameriquest Mortgage Company, Inc. waiver mailed on 6/2/2008, answer due 8/1/2008. (vs) (Entered: 06/30/2008) |
| 07/21/2008 | Ï 13 | Summons Issued as to GMAC Mortgage, LLC. (vs) (Entered: 07/21/2008) |
| 07/30/2008 | Ï 14 | ORDER of United States Judicial Panel on Multi−District Litigation re: Conditional Transfer Order to the USDC, Northern District of Illinois (vs) (Entered: 07/30/2008) |
| 07/30/2008 | Ï 15 | Letter from USDC, Northern District of Illinois re Transfer of MDL #1715 (vs) (Entered: 07/30/2008) |